1 | ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (*pro hac vice*)

2 | aswaminathan@orrick.com
401 Union Street, Suite 3300

3 | Seattle, WA 98101
Telephone: (206) 639-9157

4 |

5 | David P. Fuad (SBN 265193)
dfuad@orrick.com
Thomas Fu (SBN 325209)

6 | tfu@orrick.com
355 S. Grand Ave., Suite 2700

7 | Los Angeles, CA 90017
Telephone: (213) 629-2020

8 |

9 | *Attorneys for Defendant*
IXL LEARNING, INC.

10 |

11 | UNITED STATES DISTRICT COURT

12 | NORTHERN DISTRICT OF CALIFORNIA

13 |

14 | GRETCHEN SHANAHAN, on behalf of herself and her minor children A.S. and B.S., AMY WARREN, on behalf of herself and her minor child B.W., and KIMBERLEY WHITMAN, on behalf of herself and her minor child H.W., individually and on behalf of all others similarly situated, | Case No. 3:24-cv-02724-RFL

15 | | **DECLARATION OF ALEX SMETANA IN SUPPORT OF DEFENDANT IXL LEARNING, INC.'S REQUEST FOR JUDICIAL NOTICE**

16 | |

17 | |

18 | Plaintiffs, | (Civil L.R. 7-5)

19 | v. | Date:  October 22, 2024
Time: 10:00 a.m.

20 | IXL LEARNING, INC., | Court: Room 15, 18th Floor
Judge: Hon. Rita F. Lin

21 | |

22 | Defendant. |

23 |

24 |

25 |

26 |

27 |

28 |

I, Alex Smetana, hereby declare as follows:

1.      I am Vice President, Customer Services at IXL Learning, Inc. ("IXL"), the Defendant in the above-captioned litigation.

2.      I provide this declaration in support of Defendant IXL's Request for Judicial Notice in its Motion to Dismiss Plaintiffs' Complaint in the above captioned case. The statements in this declaration are based on personal knowledge, examination of information in IXL's possession, or publicly available information. If called to testify as a witness in this matter, I could and would testify competently and truthfully to each of the statements in this declaration under oath.

3.      IXL received student data requests from Plaintiffs Gretchen Shanahan (parent of A.S. and B.S.), Amy Warren (parent of B.W.), and Kimberly Whitman (parent of H.W.) in March and April of 2024. These forms state that A.S. and B.S. were born on September 27, 2009; B.W. was born on March 11, 2012; and H.W. was born on March 9, 2009.

4.      True and correct copies of the student data requests that IXL received from Plaintiffs, with redactions applied to Plaintiffs' minor children's names to protect their identities, are attached hereto as Exhibits A, B, and C.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and understanding.

Executed this 15th day of August, 2024, in Raleigh, North Carolina.

By: /s/ _____
Alex Smetana

2

1

**<u>Civil Local Rule 5-1 Attestation</u>**

2

3

I hereby attest that I have on file all holographic signatures corresponding to any

4

signatures indicated by a conformed signature (/S/) within this e-filed document.

5

6

By: /s/ *David P. Fuad*

David P. Fuad

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

DECLARATION OF ALEX SMETANA IN SUPPORT OF DEFENDANT IXL LEARNING, INC.'S REQUEST FOR JUDICIAL NOTICE –
CASE NO. 3:24-CV-02724-RFL