# EXHIBIT A

March 5, 2024

IXL Learning, Inc.
777 Mariners Island Blvd., Suite 600
San Mateo, CA 94404
*Via email: compliance@ixl.com*

    Re:  Student Data Request

To Whom It May Concern:

This is a request to inspect and copy the data listed below concerning my children:

    Name: ███████████
    DOB: 9/27/2009
    Shawnee Mission School District: Student ID No. ██████

    Name: ███████████
    DOB: 9/27/2009
    Shawnee Mission School District: Student ID No. ██████

Please direct your response to me at:

    Gretchen Shanahan
    7217 Hemlock Street, Overland Park, KS  66204
    816.807.8558
    brianandgretchen@gmail.com

## **DEFINITIONS AND INSTRUCTIONS**

1.     "IXL Learning, Inc." or "IXL" means the entity known as IXL Learning, Inc.; any predecessors, subsidiaries or affiliates of IXL; and/or any companies purchased or otherwise acquired by IXL.

2.     "IXL affiliate," "IXL service provider," or "IXL agent" means any company with whom IXL currently has or has previously had a data-sharing agreement that implicates Student Data.

3. "School(s)" means Hocker Grove Middle School (current) and East Antioch Elementary (previous).

4. "Shawnee Mission School District" or "District" means the unified school district in the State of Kansas, any individual school within the District, and any District Representative.

5. "Student(s)" means ▇▇▇▇▇▇▇▇; DOB 9/27/2009; Shawnee Mission School District Student ID No. ▇▇▇▇ and ▇▇▇▇▇▇▇▇; DOB 9/27/2009; Shawnee Mission School District Student ID No. ▇▇▇▇

6. "Student Data" means writing, audio, video, or other information concerning the Student collected by IXL or IXL affiliate, including all data and metadata, regardless of how or where the information is stored. Such information includes, but is not limited to:

    a. data obtained or collected via any software or web-based program, subscription service, website, application, and/or hardware device or service;

    b. data stored on a hard drive or server, in the cloud, and/or on any other storage mechanism;

    c. emails, notes, memoranda, electronic or digital files, test or assessment scores, video, audio, or other digital recordings, and/or other data generated or input by the Student;

    d. any metadata;

    e. browsing histories;

    f. video-viewing histories;

    g. geolocation data;

    h. log-in and log-out attempts and affiliated IP address and date/time information;

    i. device fingerprint information affiliated with any browsing activity and/or log-in/log-out attempts, including but not limited to information captured about the Student's browser, operating system, location and language settings; and

    j.    disclosures of or requests for information by which the Student may be individually identified, including to whom such information was disclosed and the purpose for the disclosures.

7. Records should be made available in their native format and should be produced electronically to the extent possible.

8. To the extent any part of any request is denied or records are otherwise not made available, please specifically state the basis for the denial or the refusal to produce the records and provide an index of the records not being produced. If a denial is based on privacy concerns or any other concern that can be remedied by redacting portions of a record, please make the appropriate redactions and produce the redacted versions.

9. Unless otherwise indicated, the time period for the requests is the first date that IXL began collecting or obtaining Student Data to the present.

## REQUESTED RECORDS

1. All Student Data (a) collected by or otherwise obtained by IXL or any IXL affiliate and/or (b) received by the District or Schools from IXL or any IXL affiliate.

2. All records reflecting the storage and deletion of any and all Student Data obtained by IXL or any IXL affiliate, including but not limited to all policies governing such storage and deletion.

3. All records reflecting the disclosure and/or use of any and all Student Data by IXL or any IXL affiliate.

4. All records reflecting any products, solutions, and other analysis derived from Student Data, including, but not limited to, IXL "insights" pertaining to the Student; reports purporting to predict Student conduct or behavior, such as disciplinary predictions, academic performance, graduation details, college attendance, and/or job or career interests; recommendations regarding Student management; referrals of the Student or any Student Data to third parties such as post-secondary education institutions, employers, financial institutions, or the United State military; or any Student profile or dossier used to identify and target the Student by any person or entity for any purpose.

5. All records purporting to show parental consent or other purported consent to any collection or use of Student Data by IXL or any IXL affiliate.

6. The name of any and all District employees who authorized the collection and use of Student Data by IXL or any IXL affiliate on behalf of the Student or the Student's parents.

7. The name of any employee, agent, or representative of IXL or any IXL affiliate who communicated with the District or Schools to obtain any purported authorization or consent to collect and use Student Data.

Sincerely,

*/s/ Gretchen Shanahan*
Gretchen Shanahan