1  Roberto Anguizola (IL Bar No. 6270874)
   James Evans (VA Bar No. 83866)
2  Federal Trade Commission
   600 Pennsylvania Ave., NW, Mailstop H-144
3  Washington, DC 20580
   (202) 326-3284 / ranguizola@ftc.gov
4  (202) 326-2026 / james.evans@ftc.gov

5  Attorneys for Amicus Curiae
   Federal Trade Commission

6

7               UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
8                 SAN FRANCISCO DIVISION

9  **Gretchen Shanahan**, on behalf of herself and
   her minor children A.S. and B.S., **Amy**          No. 3:24-cv-02724-RFL
10 **Warren**, on behalf of herself and her minor
   child B.W., and **Kimberly Whitman**, on            **Administrative Motion of the Federal**
11 behalf of herself and her minor child H.W.,         **Trade Commission for Leave to File a**
   individually and on behalf of all others            **Brief as Amicus Curiae**
12 similarly situated,

13                    Plaintiffs,

14         v.

15 **IXL Learning, Inc.**,

16                    Defendant.

17

18        Pursuant to Civil Local Rule 7-11, the Federal Trade Commission ("FTC" or

19 "Commission"), a non-party, moves for an administrative order granting it leave to file a brief as

20 amicus curiae in this action. In support of the Motion, the Commission states:

21        1.       "Whether to allow Amici to file a brief is solely within the Court's discretion, and

22 generally courts have exercised great liberality in permitting amicus briefs. There are no strict

23 prerequisites that must be established prior to qualifying for amicus status; a[] [movant] seeking

24 to appear as amicus must merely make a showing that [its] participation is useful or otherwise

25 desirable to the court." *California v. United States Dep't of the Interior*, 381 F. Supp. 3d 1153,

26 1164 (N.D. Cal. 2019) (cleaned up).

27        2.       "District courts frequently welcome amicus briefs from non-parties concerning

28 legal issues that have potential ramifications beyond the parties directly involved or if the amicus

1    has unique information or perspective that can help the court beyond the help that the lawyers for

2    the parties are able to provide." *NGV Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp.

3    2d 1061, 1067 (N.D. Cal. 2005).

4         3.    Defendant IXL Learning, Inc. ("IXL") claims in its motion to compel arbitration

5    [Doc. 19] ("Mot."), Mot. 4-6, that the Children's Online Privacy Protection Act ("COPPA"), 15

6    U.S.C. § 6501, *et seq.*, has some bearing on whether parents and children are bound to

7    mandatory arbitration and class action/jury trial waiver provisions when school districts agree to

8    Terms of Service for software used in their classrooms.

9         4.    The Commission is an independent agency of the United States that, among other

10   things, serves as the principal enforcer of COPPA and its implementing rule, which was

11   promulgated by the Commission. The Commission seeks to file a brief as amicus curiae in this

12   case to assert its strong interest in the proper construction and application of COPPA.

13        5.    The Commission's reflections on a law it enforces, as well as on statements by its

14   staff cited by Defendant, should be "useful or otherwise desirable to the court." *Dep't of the*

15   *Interior*, 381 F. Supp. 3d at 1164. Defendant's contentions regarding COPPA have "potential

16   ramifications beyond the parties directly involved," and as the principal enforcer of COPPA, the

17   Commission "has unique information or perspective that can help the court." *NGV Gaming*, 355

18   F. Supp. 2d at 1067; *see also, e.g.*, Paperless Order, *Epic Games Inc. v. Google LLC*, No. 3:20-

19   cv-05671 (N.D. Cal. Aug. 13, 2024), ECF No. 689 (Donato, J.) (this Court recently granting

20   another Commission motion for leave to file an amicus brief).

21        6.    Further, in the absence of specific rules governing amicus appearances at the

22   district court level, district courts "rely on Federal Rule of Appellate Procedure 29 … in

23   addressing such requests." *See United States v. State Water Res. Control Bd.*, No. 2:19-cv-547,

24   2020 WL 9144006, at *3 (E.D. Cal. Apr. 23, 2020). Under that Rule, the Commission, as a

25   federal agency, may file amicus curiae briefs as of right. Fed. R. App. P. 29 ("The United States

26   or its officer or agency or a state may file an amicus brief without the consent of the parties or

27   leave of court.").

28

FTC Admin. Mot. to File Amicus Brief
No. 3:24-cv-02724-RFL

7.    The proposed amicus brief of the Commission is attached. In it, the Commission first details its interest in matters related to COPPA (pages 1-4). The Commission then explains why nothing in COPPA's text, purpose, or legislative history, or the interpretation thereof by the Commission and its staff, addresses the arbitration issue in this case (pages 5-8).

8.    Plaintiffs consent to the Commission's filing of an amicus brief in this case. Defendant does not take a position on the Commission's request (thus a stipulation could not be obtained).

9.    Based on the foregoing, the Commission respectfully requests that the Court grant it leave to file the attached brief as amicus curiae in this action.

Respectfully submitted,

Dated: August 19, 2024

/s/ James Evans

**Roberto Anguizola**, IL Bar No. 6270874
**James Evans**, VA Bar No. 83866
Federal Trade Commission
600 Pennsylvania Ave., NW, CC-6316
Washington, DC 20580
(202) 326-3284 / ranguizola@ftc.gov
(202) 326-2026 / james.evans@ftc.gov

**Attorneys for Amicus Curiae**
**Federal Trade Commission**

FTC Admin. Mot. to File Amicus Brief
No. 3:24-cv-02724-RFL

1

2

## CERTIFICATE OF SERVICE

3        I hereby certify that I caused the foregoing document to be filed via the court's CM/ECF

4   system, which will send notice to the counsel of record for the parties.

5

6   Dated: August 19, 2024

7                                                    /s/ James Evans
                                                     James Evans

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FTC Admin. Mot. to File Amicus Brief
No. 3:24-cv-02724-RFL