1  [counsel listed on following page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN SHANAHAN, on behalf of herself and her minor children A.S. and B.S., AMY WARREN, on behalf of herself and her minor child B.W., and KIMBERLEY WHITMAN, on behalf of herself and her minor child H.W., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IXL LEARNING, INC.,<br><br>Defendant. | Case No. 3:24-cv-02724-RFL<br><br>**JOINT STIPULATION RE: UPCOMING HEARINGS ON IXL'S MOTION TO COMPEL ARBITRATION (DKT. 19) AND MOTION TO DISMISS (DKT. 24)** |

ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (*pro hac vice*)
aswaminathan@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 639-9157

David P. Fuad (SBN 265193)
dfuad@orrick.com
Thomas Fu (SBN 325209)
tfu@orrick.com
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for Defendant*

MORGAN & MORGAN, P.A.
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Telephone: (813) 223-5505

Michael F. Ram (SBN 104805)
mram@forthepeople.com
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862

EDTECH LAW CENTER, PLLC
Julie Liddell (*pro hac vice* forthcoming)
P.O. Box 300488
Austin, TX 78705
Telephone: (737) 351-5855

*Attorneys for Plaintiffs*

Plaintiffs Gretchen Shanahan, Amy Warren, and Kimberley Whitman ("Plaintiffs") and Defendant IXL Learning, Inc. ("IXL") hereby respectfully request by stipulation, by and through their counsel of record, and pursuant to Local Civil Rule 7-2, that IXL's pending Motion to

1  Compel Arbitration (Dkt. 19), be rescheduled from October 8, 2024, to October 22, 2024 at 10:00
2  a.m.—the same date and time that IXL's Motion to Dismiss (Dkt. 24) is scheduled for hearing
3  with this Court. Due to unforeseeable circumstances outside their control (medical appointments),
4  counsel for Plaintiffs are not available to attend the October 8, 2024 hearing.

5  For the avoidance of any doubt, this proposal solely concerns the scheduling of hearing
6  dates for IXL's pending motions, and the parties do not waive any arguments or rights.
7  Specifically, IXL maintains and is not waiving its position that the Motion to Compel Arbitration
8  should be decided first, and that no further proceedings should occur until the Motion to Compel
9  Arbitration is resolved. *See* FN1 to IXL's Motion to Dismiss (Dkt. 24).

10  Counsel for Plaintiffs appreciate the Court's attention and consideration of their request.

Dated: September 26, 2024          MORGAN & MORGAN, P.A.

                                    /s/ *Ryan J. McGee*
                                    RYAN J. McGEE
                                    Attorneys for Plaintiffs GRETCHEN
                                    SHANAHAN, AMY WARREN, and
                                    KIMBERLEY WHITMAN

Dated: September 26, 2024          EDTECH LAW CENTER, PLLC

                                    /s/ *Julie Liddell*
                                    JULIE LIDDELL
                                    Attorneys for Plaintiffs GRETCHEN
                                    SHANAHAN, AMY WARREN, and
                                    KIMBERLEY WHITMAN

Dated: September 26, 2024          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    /s/ *David P. Faud*
                                    DAVID P. FUAD
                                    ATTORNEYS FOR DEFENDANT
                                    IXL LEARNING, INC.

## **LOCAL RULE 5.3(h)(3) ATTESTATION**

I attest that each of the other Signatories have concurred in the filing of the document.

                                    /s/ *Ryan J. McGee*

RYAN J. McGEE
Attorney for Plaintiffs

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT the hearing scheduled for IXL's Motion to Compel Arbitration (Dkt. 19) presently scheduled for October 8, 2024, is RESCHEDULED to October 22, 2024, at 10:00 a.m..

DATE:

_____
Judge Rita F. Lin

`