1  [counsel listed on following page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | GRETCHEN SHANAHAN, on behalf of herself and her minor children A.S. and B.S., AMY WARREN, on behalf of herself and her minor child B.W., and KIMBERLEY WHITMAN, on behalf of herself and her minor child H.W., individually and on behalf of all others similarly situated, | Case No. 3:24-cv-02724-RFL

**JOINT STIPULATION RE: UPCOMING HEARINGS ON IXL'S MOTION TO COMPEL ARBITRATION (DKT. 19) AND MOTION TO DISMISS (DKT. 24)**

Plaintiffs,

v.

IXL LEARNING, INC.,

Defendant.

1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   Aravind Swaminathan (*pro hac vice*)
2  aswaminathan@orrick.com
   401 Union Street, Suite 3300
3  Seattle, WA 98101
   Telephone: (206) 639-9157
4
   David P. Fuad (SBN 265193)
5  dfuad@orrick.com
   Thomas Fu (SBN 325209)
6  tfu@orrick.com
   355 S. Grand Ave., Suite 2700
7  Los Angeles, CA 90017
   Telephone: (213) 629-2020
8

9  *Attorneys for Defendant*

10
   MORGAN & MORGAN, P.A.
11 Ryan J. McGee (*pro hac vice*)
   rmcgee@forthepeople.com
12 John A. Yanchunis (*pro hac vice*)
   jyanchunis@forthepeople.com
13 201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
14 Telephone: (813) 223-5505

15
   Michael F. Ram (SBN 104805)
16 mram@forthepeople.com
   711 Van Ness Ave, Suite 500
17 San Francisco, CA 94102
   Telephone: (415) 846-3862
18
19 EDTECH LAW CENTER, PLLC
   Julie Liddell (*pro hac vice* forthcoming)
20 P.O. Box 300488
   Austin, TX 78705
21 Telephone: (737) 351-5855

22
   *Attorneys for Plaintiffs*
23

24

25

26        Plaintiffs Gretchen Shanahan, Amy Warren, and Kimberley Whitman ("Plaintiffs") and

27 Defendant IXL Learning, Inc. ("IXL") hereby respectfully request by stipulation, by and through

28 their counsel of record, and pursuant to Local Civil Rule 7-2, that IXL's pending Motion to

2
STIPULATION RE: UPCOMING HEARINGS

Compel Arbitration (Dkt. 19), be rescheduled from October 8, 2024, to October 22, 2024 at 10:00 a.m.—the same date and time that IXL's Motion to Dismiss (Dkt. 24) is scheduled for hearing with this Court. Due to unforeseeable circumstances outside their control (medical appointments), counsel for Plaintiffs are not available to attend the October 8, 2024 hearing.

For the avoidance of any doubt, this proposal solely concerns the scheduling of hearing dates for IXL's pending motions, and the parties do not waive any arguments or rights. Specifically, IXL maintains and is not waiving its position that the Motion to Compel Arbitration should be decided first, and that no further proceedings should occur until the Motion to Compel Arbitration is resolved. *See* FN1 to IXL's Motion to Dismiss (Dkt. 24).

Counsel for Plaintiffs appreciate the Court's attention and consideration of their request.

Dated:  September 26, 2024                MORGAN & MORGAN, P.A.

                                                  /s/ *Ryan J. McGee*
RYAN J. McGEE
Attorneys for Plaintiffs GRETCHEN SHANAHAN, AMY WARREN, and KIMBERLEY WHITMAN

Dated:  September 26, 2024                EDTECH LAW CENTER, PLLC

                                                  /s/ *Julie Liddell*
JULIE LIDDELL
Attorneys for Plaintiffs GRETCHEN SHANAHAN, AMY WARREN, and KIMBERLEY WHITMAN

Dated:  September 26, 2024                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                                  /s/ *David P. Faud*
DAVID P. FUAD
ATTORNEYS FOR DEFENDANT
IXL LEARNING, INC.

## **LOCAL RULE 5.3(h)(3) ATTESTATION**

I attest that each of the other Signatories have concurred in the filing of the document.

                                                  /s/ *Ryan J. McGee*

RYAN J. McGEE
Attorney for Plaintiffs

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED THAT the hearing scheduled for IXL's Motion to Compel Arbitration (Dkt. 19) presently scheduled for October 8, 2024, is RESCHEDULED to October 22, 2024, at 10:00 a.m..

DATE:

　　　　　　　　　　　　　　　　　　　　　　　　Judge Rita F. Lin

`