ORRICK, HERRINGTON & SUTCLIFFE LLP
Aravind Swaminathan (*pro hac vice*)
aswaminathan@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 639-9157

David P. Fuad (SBN 265193)
dfuad@orrick.com
Thomas Fu (SBN 325209)
tfu@orrick.com
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90017
Telephone: (213) 629-2020

Fredrick Levin (SBN 187603)
flevin@orrick.com
631 Wilshire Boulevard, Suite 2-C
Santa Monica, CA 90401
Telephone: (310) 424-3984

*Attorneys for Defendant*
IXL LEARNING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRETCHEN SHANAHAN, on behalf of herself and her minor children A.S. and B.S., AMY WARREN, on behalf of herself and her minor child B.W., and KIMBERLEY WHITMAN, on behalf of herself and her minor child H.W., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>IXL LEARNING, INC.,<br><br>Defendant. | Case No. 3:24-cv-02724-RFL<br><br>**DEFENDANT IXL LEARNING, INC.'S NOTICE OF APPEAL TO THE NINTH CIRCUIT OF ORDER ON MOTION TO COMPEL ARBITRATION**<br><br>Judge: Hon. Rita F. Lin<br><br>Complaint Filed: May 7, 2024 |

Pursuant to 9 U.S.C. § 16(a), notice is hereby given that Defendant IXL Learning, Inc. ("Appellant" or "Defendant"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's order denying Defendant's Motion to Compel Arbitration and Stay Proceedings on November 1, 2024. (Dkt. No. 41.)

Dated: November 15, 2024                         ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ *David P. Fuad*

Aravind Swaminathan (*pro hac vice*)
aswaminathan@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 639-9157

David P. Fuad (SBN 265193)
dfuad@orrick.com
Thomas Fu (SBN 325209)
tfu@orrick.com
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90017
Telephone: (213) 629-2020

Fredrick Levin (SBN 187603)
flevin@orrick.com
631 Wilshire Boulevard, Suite 2-C
Santa Monica, CA 90401
Telephone: (310) 424-3984

*Attorneys for Defendant IXL Learning, Inc.*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

> IXL Learning, Inc.

Name(s) of counsel (if any):

> Aravind Swaminathan

Address: 401 Union Street, Suite 3300, Seattle, WA 98101

Telephone number(s): (206) 639-9157

Email(s): aswaminathan@orrick.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ☉ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

> Gretchen Shanahan, on behalf of herself and her minor children A.S. and B.S., Amy Warren, on behalf of herself and her minor child B.W., and Kimberly Whitman, on behalf of herself and her minor child H.W.

Name(s) of counsel (if any):

> Michael F. Ram

Address: 711 Van Ness Avenue, Suite 500, San Francisco, CA 94102

Telephone number(s): (415) 846-3862

Email(s): mram@forthepeople.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
IXL Learning, Inc. (continued)

Name(s) of counsel (if any):
David Fuad; Thomas Fu

Address: 355 S. Grand Ave., Suite 2700, Los Angeles, CA 90017

Telephone number(s): (213) 629-2020

Email(s): dfuad@orrick.com; tfu@orrick.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellees**

Name(s) of party/parties:
Appellees (continued)

Name(s) of counsel (if any):
Julie Liddell

Address: P.O. Box 300488, Austin, TX 78705

Telephone number(s): (737) 351-5855

Email(s): julie.liddell@edtech.law

Name(s) of party/parties:
Appellees (continued)

Name(s) of counsel (if any):
Ryan J. McGee, John A. Yanchunis

Address: 201 N Franklin Street, 7th Floor, Tampa, FL 33602

Telephone number(s): (813) 223-5505

Email(s): rmcgee@forthepeople.com; jyanchunis@forthepeople.com

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Circuit Rule 3-2. Representation Statement**

The undersigned represents IXL Learning, Inc., Defendant and Appellant in this matter, and no other party. The following is a continuation of the list in the above Representation Statement. *See* Fed. R. App. P. 12(b); Cir. R. 3-2(b).

**Defendant IXL Learning, Inc.**:

ORRICK, HERRINGTON & SUTCLIFFE LLP
Fredrick Levin (SBN 187603)
flevin@orrick.com
631 Wilshire Boulevard, Suite 2-C
Santa Monica, CA 90401
Telephone: (310) 424-3984