1  ORRICK, HERRINGTON & SUTCLIFFE LLP
   Aravind Swaminathan (*pro hac vice*)
2  aswaminathan@orrick.com
   401 Union Street, Suite 3300
3  Seattle, WA 98101
   Telephone: (206) 639-9157
4
   David P. Fuad (SBN 265193)
5  dfuad@orrick.com
   Thomas Fu (SBN 325209)
6  tfu@orrick.com
   355 S. Grand Ave., Suite 2700
7  Los Angeles, CA 90017
   Telephone: (213) 629-2020
8
   *Attorneys for Defendant*
9  IXL LEARNING, INC.

10 [additional counsel listed on following page]

11
                    UNITED STATES DISTRICT COURT
12
                    NORTHERN DISTRICT OF CALIFORNIA
13

14

15 | GRETCHEN SHANAHAN, on behalf of herself and her minor children A.S. and B.S., AMY WARREN, on behalf of herself and her minor child B.W., and KIMBERLEY WHITMAN, on behalf of herself and her minor child H.W., individually and on behalf of all others similarly situated, | Case No. 3:24-cv-02724-RFL

**JOINT STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY AS FRIVOLOUS THE INTERLOCUTORY APPEAL OF IXL LEARNING, INC.**

Plaintiffs,

v.

IXL LEARNING, INC.,

Defendant.

---

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY AS FRIVOLOUS THE INTERLOCUTORY APPEAL OF IXL LEARNING, INC.

1  MORGAN & MORGAN, P.A.
   Ryan J. McGee (*pro hac vice*)
2  rmcgee@forthepeople.com
   John A. Yanchunis (*pro hac vice*)
3  jyanchunis@forthepeople.com
4  201 N. Franklin Street, 7th Floor
   Tampa, FL 33602
5  Telephone: (813) 223-5505

6
   Michael F. Ram (SBN 104805)
7  mram@forthepeople.com
   711 Van Ness Ave, Suite 500
8  San Francisco, CA 94102
   Telephone: (415) 846-3862
9
   EDTECH LAW CENTER, PLLC
10 Julie Liddell (*pro hac vice*)
11 julie.liddell@edtech.law
   P.O. Box 300488
12 Austin, TX 78705
   Telephone: (737) 351-5855
13
   *Attorneys for Plaintiffs*
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY AS
FRIVOLOUS THE INTERLOCUTORY APPEAL OF IXL LEARNING, INC.

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, Plaintiffs Gretchen Shanahan, Amy Warren, and Kimberley Whitman ("Plaintiffs") and Defendant IXL Learning, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the Court, to extend the deadline for Defendant to file its response to Plaintiffs' Motion to Certify as Frivolous the Interlocutory Appeal of IXL Learning, Inc. (Dkt. No. 48) (the "Motion"), by seven (7) days, up through and including January 10, 2025, and to extend the deadline for Plaintiffs to file their reply by seven (7) days, up through and including January 17, 2025.

The parties certify that this extension is not being sought for the purposes of improper delay, and that this brief extension will not delay or otherwise impact these proceedings:

1. The current deadline for Defendant's response to the Motion is January 3, 2025.
2. The current deadline for Plaintiffs' reply in support of the Motion is January 10, 2025.
3. The hearing date on Plaintiffs' Motion is February 11, 2025.
4. The parties have agreed to this extension due to the intervening holidays.
5. The prior extensions of time in this case were stipulated extensions related to filing a response to the complaint, to specially set a motion to dismiss briefing schedule, and to reschedule a hearing date, which were granted by this Court. *See* Dkt. Nos. 14, 15, 22, 23, 35, 36.
6. This Stipulation does not affect the rights and remedies of either Party. Both Parties reserve all rights, arguments, and objections.

Dated: December 23, 2024                    ORRICK, HERRINGTON & SUTCLIFFE LLP

                                            By  /s/ *David P. Fuad*
                                                    David P. Fuad
                                                 Attorneys for Defendant
                                                   IXL LEARNING, INC.

Dated: December 23, 2024                    MORGAN & MORGAN, P.A.

                                            By */s/ Ryan J. McGee*
                                                  Ryan J. McGee
                                            Attorneys for Plaintiffs GRETCHEN
                                            SHANAHAN, AMY WARREN, and
                                                  KIMBERLEY WHITMAN

Dated: December 23, 2024                    EDTECH LAW CENTER, PLLC

                                            By /s/ *Julie Liddell*
                                                  Julie Liddell
                                            Attorneys for Plaintiffs GRETCHEN
                                            SHANAHAN, AMY WARREN, and
                                                  KIMBERLEY WHITMAN

## LOCAL RULE 5-1(i)(3) ATTESTATION

I attest that each of the other Signatories have concurred in the filing of the document.

                                            /s/ David P. Fuad
                                            David P. Fuad
                                            Attorney for Defendant
                                            IXL LEARNING, INC.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: December 31, 2024                     _____
                                            Judge Rita F. Lin

4

STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFFS' MOTION TO CERTIFY AS FRIVOLOUS THE INTERLOCUTORY APPEAL OF IXL LEARNING, INC.