**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Gretchen Shanahan**, on behalf of herself and her minor children A.S. and B.S., **Amy Warren**, on behalf of herself and her minor child B.W., and **Kimberly Whitman**, on behalf of herself and her minor child H.W., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**IXL Learning, Inc.**,<br><br>Defendant. | No. 3:24-cv-02724-RFL<br><br>[~~Proposed~~] **Order Granting the Administrative Motion of the Federal Trade Commission to Terminate Its Appearance as Amicus Curiae and for Its Attorneys to Withdraw** |

Having considered the Unopposed Administrative Motion of the Federal Trade Commission to Terminate Its Appearance as Amicus Curiae and for Its Attorneys to Withdraw, **it is hereby ordered that:**

1.   The Motion is **granted**;

2.   The Clerk is directed to indicate on the docket that the Commission's appearance as amicus curiae in this action is terminated; and

(continued)

3.    Pursuant to Civil Local Rule 11-5(a), the Commission's attorneys, Roberto Anguizola and James Evans, are relieved of their appearances in this action.

Dated: June 11, 2026

_____
Hon. Rita F. Lin
United States District Judge

[Proposed] Order
No. 3:24-cv-02724-RFL