MORGAN & MORGAN, P.A.
Ryan J. McGee (*pro hac vice*)
rmcgee@forthepeople.com
John A. Yanchunis (*pro hac vice*)
jyanchunis@forthepeople.com
201 N. Franklin Street, 7ᵗʰ Floor
Tampa, FL 33602
Telephone: (813) 223-5505

Michael F. Ram (SBN 104805)
mram@forthepeople.com
711 Van Ness Ave, Suite 500
San Francisco, CA 94102
Telephone: (415) 846-3862

EDTECH LAW CENTER, PLLC
Julie Liddell (*pro hac vice*)
julie.liddell@edtech.law
William A. Liddell (*pro hac vice*)
andrew.liddell@edtech.law
904 Rio Grande St.
Suite 100
Austin, TX 78701
Telephone: (512) 200-8028

*Attorneys for Plaintiffs*

ORRICK, HERRINGTON &
SUTCLIFFE LLP
Aravind Swaminathan (*pro hac vice*)
aswaminathan@orrick.com
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: (206) 639-9157

David P. Fuad (SBN 265193)
dfuad@orrick.com
355 S. Grand Ave., Suite 2700
Los Angeles, CA 90071
Telephone: (213) 629-2020

*Attorneys for Defendant IXL Learning, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

GRETCHEN SHANAHAN, on behalf of herself and her minor children A.S. and B.S., AMY WARREN, on behalf of herself and her minor child B.W., and KIMBERLEY WHITMAN, on behalf of herself and her minor child H.W., individually and on behalf of all others similarly situated,

Plaintiffs,

v.

IXL LEARNING, INC.,

Defendant.

Case No. 3:24-cv-02724-RFL

**STIPULATION REGARDING PROPOSED SCHEDULE FOR CLOSE OF DISCOVERY AND BRIEFING CONCERNING ARBITRATION**

STIPULATION REGARDING PROPOSED SCHEDULE FOR CLOSE OF DISCOVERY AND BRIEFING CONCERNING ARBITRATION

Plaintiffs Gretchen Shanahan, Amy Warren, and Kimberley Whitman, on behalf of themselves and their minor children ("Plaintiffs") and Defendant IXL Learning, Inc. ("Defendant") hereby stipulate, by and through their counsel of record, pursuant to Local Civil Rule 6-2, to the following proposed schedule for the close of discovery and briefing concerning arbitration, in accordance with the Court's Order of June 3, 2026 (Dkt. No. 60):

- September 18, 2026: Close of discovery on enumerated topics

- October 2, 2026: Deadline for IXL's Renewed Motion to Compel Arbitration

- November 6, 2026: Deadline for Plaintiffs' opposition to IXL's Renewed Motion to Compel Arbitration

- December 4, 2026: Deadline for replies in support of IXL's Renewed Motion to Compel Arbitration

Dated: June 17, 2026                      ORRICK, HERRINGTON & SUTCLIFFE LLP

                                          /s/ *David P. Fuad*
                                          David P. Fuad
                                          Attorneys for Defendant
                                          IXL LEARNING, INC.

Dated: June 17, 2026                      MORGAN & MORGAN, P.A.

                                          /s/ *Ryan J. McGee*
                                          RYAN J. MCGEE
                                          Attorneys for Plaintiffs GRETCHEN
                                          SHANAHAN, AMY WARREN, and
                                          KIMBERLEY WHITMAN

Dated: June 17, 2026                      EDTECH LAW CENTER, PLLC

                                          /s/ *Julie Liddell*
                                          JULIE LIDDELL
                                          Attorneys for Plaintiffs GRETCHEN
                                          SHANAHAN, AMY WARREN, and
                                          KIMBERLEY WHITMAN

2

STIPULATION REGARDING PROPOSED SCHEDULE FOR CLOSE OF DISCOVERY AND BRIEFING CONCERNING ARBITRATION

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: June 18, 2026

_____
Judge Rita F. Lin

3

## **LOCAL RULE 5.3(h)(3) ATTESTATION**

I attest that each of the other Signatories have concurred in the filing of the document.

/s/ *David P. Fuad*
David P. Fuad
Attorney for Defendant
IXL LEARNING, INC.

4

STIPULATION REGARDING PROPOSED SCHEDULE FOR CLOSE OF DISCOVERY AND BRIEFING CONCERNING ARBITRATION